IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stephens, Jeanette M

Printed: 5/6/08

Case Number: 07 B 09005
Judge: Squires, John H
Filed: 5/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 26, 2008
Confirmed: July 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,715.36 |  |
| Secured: |  | 85.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,483.74 |
| Trustee Fee: |  | 146.62 |
| Other Funds: |  | 0.00 |
| Totals: | 2,715.36 | 2,715.36 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,934.00 | 2,483.74 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Markham | Secured | 1,269.00 | 85.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 17,756.06 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 397.50 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 497.83 | 0.00 |
| 7. | CB USA | Unsecured | 293.75 | 0.00 |
| 8. | St James Hospital | Unsecured | 1,569.40 | 0.00 |
| 9. | Sallie Mae | Unsecured | 9,352.06 | 0.00 |
| 10. | Rockford Mercantile Agency | Unsecured | 312.21 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 110.16 | 0.00 |
| 12. | Aspire Visa | Unsecured | 666.37 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 2,762.50 | 0.00 |
| 14. | Illinois Dept Of Human Service | Unsecured | 128.35 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 99.74 | 0.00 |
| 16. | Nicor Gas | Unsecured | 5,039.81 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 1,947.54 | 0.00 |
| 18. | City Of Chicago | Unsecured | 2,052.60 | 0.00 |
| 19. | Argent Healthcare Fin | Unsecured |  | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 21. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 23. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Stephens, Jeanette M

Printed: 5/6/08

Case Number: 07 B 09005
Judge: Squires, John H
Filed: 5/17/07

| | | | | |
|---|---|---|---|---|
| 26. | Harris & Harris | Unsecured | | No Claim Filed |
| 27. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | H&F Law | Unsecured | | No Claim Filed |
| 30. | Harris & Harris | Unsecured | | No Claim Filed |
| 31. | Harris & Harris | Unsecured | | No Claim Filed |
| 32. | AFNI | Unsecured | | No Claim Filed |
| 33. | Harris & Harris | Unsecured | | No Claim Filed |
| 34. | Household Bank FSB | Unsecured | | No Claim Filed |
| 35. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 36. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 37. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 38. | KCA Financial Services | Unsecured | | No Claim Filed |
| 39. | Medical Collections | Unsecured | | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | | No Claim Filed |
| 41. | Medical Collections | Unsecured | | No Claim Filed |
| 42. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 43. | MRSI | Unsecured | | No Claim Filed |
| 44. | RMI/MCSI | Unsecured | | No Claim Filed |
| 45. | MRSI | Unsecured | | No Claim Filed |
| 46. | Harris & Harris | Unsecured | | No Claim Filed |
| 47. | Nicor Gas | Unsecured | | No Claim Filed |
| 48. | Nicor Gas | Unsecured | | No Claim Filed |
| 49. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 50. | Nicor Gas | Unsecured | | No Claim Filed |
| 51. | RMI/MCSI | Unsecured | | No Claim Filed |
| 52. | RMI/MCSI | Unsecured | | No Claim Filed |
| 53. | Sallie Mae | Unsecured | | No Claim Filed |
| 54. | Sallie Mae | Unsecured | | No Claim Filed |
| 55. | Sallie Mae | Unsecured | | No Claim Filed |

$ 47,188.88          $ 2,568.74

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 146.62 |

$ 146.62

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ signature*